Entered on Docket September 7, 2017

**Submitted But Not Entered.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**

**The Court has a concern about the billing for the attendance at the 341 meeting. Counsel should note this application for hearing on the Court's September 20 calendar.**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON**

In re:

    Brian Anthony Sutherland
    Kari Lynn Sutherland

Debtor(s)

) Case No.   17-41275 BDL Ch. 13
)
) ORDER APPROVING ATTORNEY
) COMPENSATION
)
)
)
)

      THIS MATTER came on before the Court on counsel's Application for Compensation in a Chapter 13 case filed by Mark A. Ditton ("Applicant"). Based on the Application

    IT IS HEREBY ORDERED:

1. Applicant is awarded $4,136.38 as an administrative expense under 11 U.S.C. § 503(b);

2. The compensation shall be paid according to the confirmed plan, or if a plan is never confirmed, prior to dismissal or conversion (subject to the applicable Trustee's fee);

ORDER

//

3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 trustee shall send undisbursed plan payments on hand to debtor(s) in care of the Applicant, if the Applicant is the debtor(s) attorney at the time of dismissal or conversion.

///END OF ORDER///

Presented by:
/s/Mark A. Ditton
Mark A. Ditton WSBA #45432
NW Debt Relief Law Firm
14900 Interurban Ave. S. #265
Seattle, WA 98168
206-674-4602

ORDER