# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)**

CASE NAME __SUTHERLAND, BRIAN A__   CASE NO __17-41275__

FOR:
- _____ DEBTOR
- _____ JOINT DEBTOR
- __X__ CREDITOR
- _____ ATTORNEY ( Please include Bar ID Number _____ )
- _____ PLAINTIFF
- _____ DEFENDANT

**OLD ADDRESS:**

NAME: __PUGET SOUND COLLECTIONS__

ADDRESS: __PO BOX 66995__

__TACOMA, WA 98464-6995__

PHONE: __253-566-1800__

EMAIL ADDRESS (attorney only): _____

**NEW ADDRESS:**

NAME: __PUGET SOUND COLLECTIONS__

ADDRESS: __PO BOX 3011__

__TACOMA, WA 98401-3011__

PHONE: __253-566-1800__

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

\s\ Jack M. Gingrich            Date __08-15-2018__

Change of Address
Local Forms W.D. Wash. Bankr., Form 7
Eff. 12/1/16